IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

BEVERLY DIAZ,
    Plaintiff,

vs.                                            CIV 15-01166 KBM

CAROLYN W. COLVIN, Acting
Commissioner of the Social Security
Administration,
    Defendant.

## ORDER

The Court, having considered Defendant's Unopposed Motion to Remand the Case to the Agency pursuant to Sentence Six of 42 U.S.C. § 405(g), hereby grants Defendant's Motion and **REMANDS** the case to the Defendant for further proceedings pursuant to the sixth sentence of 42 U.S.C. § 405(g), as set forth below.  *See Shalala v. Schaefer*, 509 U.S. 292 (1993).

Upon remand by the Court, the Appeals Council will remand the case to an administrative law judge (ALJ) to allow the Plaintiff another opportunity for a hearing.   Final judgment shall not enter until such time as the remand proceedings are completed and the matter returns to this Court. *McGraw v. Barnhart*, 450 F.3d 493, 496 n.1 (10th Cir. 2006).

AND IT IS SO ORDERED.

*[signature]*
KAREN B. MOLZEN
United States Chief Magistrate Judge

SUBMITTED AND APPROVED BY:
*Electronically submitted 03/11/16*
DOUGLAS A. FLETCHER
Special Assistant United States Attorney

*Electronically approved 03/09/16*
MICHAEL D. ARMSTRONG
Attorney for Plaintiff